## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROBERT O. GONZALEZ, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 5:15-cv-00798-OLG** |
| | § | |
| **MASSACHUSETTS MUTUAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES
## (RESISTING CLAIMS FOR RELIEF)

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Scheduling Order (ECF 8) in this case and FRCP 26(a)(2), Plaintiff,

ROBERT O. GONZALEZ, JR., files this Designation of Expert Witnesses (both on

affirmative claims for relief and in defense of Defendant's counterclaims) and would show

the following:

**(B)      Witnesses Who Must Provide a Written Report**

Eric Brahin, MD
2600 SW Military Dr., Suite 100
San Antonio, TX 78224
(210) 923-2700

Daniel Perkins
Law Office of J. Daniel Perkins, PLLC
1415 Harroun
McKinney, TX 75069
(972) 529-1111

**(C)      Witnesses Who Do Not Provide a Written Report**

Alamo City Medical Group
          Including but not limited to:

Krueger, PA-C, Dennis
14114 US Hwy 87
La Vernia, TX 78121
*Primary Care Physician*

Bexar County Medical Examiners Office
7337 Louis Pasteur
San Antonio, TX 78229-4565
(210) 335-4003
*Autopsy*

Concentra Physical Therapy
Including but not limited to:
Diekhoff, PT, Gary
3453 IH 35 North, Ste. 110
San Antonio, TX 78219
(210) 226-7767
*Physical Therapy*

Connally Memorial Medical Center
499 10th Street
Floresville, TX 78114
(830) 393-1300
*Hospital*

Dearborn National Life Insurance Company
1020 31st St.
Downers Grove, IL 60515
(800) 778-2281
*Life insurer – Faleana Gonzalez*

Dermatology Associates of San Antonio
Including but not limited to:
Walker, MD, Lisa C.
18540 Sigma Rd.
San Antonio, TX 78258
*Identified by Defendant*

Falcon, DDS, Paul
1926 Pleasanton Rd.
San Antonio, TX 78221
(210) 924-1811
*Dentist*

Health Texas Medical Group
20821 US Highway 218 N

San Antonio, TX 78258
(210) 546-1600
*Identified by Defendant*

H-E-B Pharmacy
P.O. Box 101047
San Antonio, TX 78201-9047
*Pharmacy*

Hoffman, MD, Stephen Francis
26 Falls Terrace
Fair Oaks Ranch, TX 78015
*Identified by Defendant*

Humana Insurance Company
P.O. Box 14635
Lexington, KY 40512
(800) 833-6917
*Life & health insurer – Faleana Gonzalez*

ICS Merrill
EMSI Investigative Services Division
      Including but not limited to:
         Heaney, Robert
3050 Regent Blvd., Ste. 400
Irving, TX 75063
(808) 725-2167
*Identified by Defendant*

ICS Merrill
EMSI Investigative Services Division
      Including but not limited to:
         Renhack, Roland
9485 Regency Square Blvd., Ste. 400
Jacksonville, FL 32225
(904) 562-1553
*Identified by Defendant*

Koehler, DC, Cliff
4040 SW Military Dr.
San Antonio, TX 78211
(210) 923-3861
*Chiropractor*

La Vernia H-E-B Pharmacy
14414 US Hwy 87 West

La Vernia, TX 78121-5922
*Pharmacy*

Lincoln Benefit Life Insurance Company
2920 S. 84th St.
Lincoln, NE 68506
(877) 525-5727
*Life insurer – Faleana Gonzalez*

MML Investor Services
     Including but not limited to:
     Becknell, George
     Daye, Tanya
     Kussatz, Vonnie
70 NE Loop 410, Ste. 730
San Antonio, TX 78216
(210) 581-9656
*Agent who sold life insurance policy*

Massachusetts Mutual Life Insurance Company
     Including but not limited to:
     Ferris, Tom
     Matras, Diane
     Patterson, RN, Janet
     Surmik, John
     Temlak, Julie
     Wallner, Robyn
c/o Figari + Davenport
901 Main St., Suite 3400
Dallas, TX 75202
(214) 939-2000
*Defendant*

North Central Baptist Hospital
520 Madison Oak Dr.
San Antonio, TX 78258
(210) 297-4000
*Hospital*

Northeast OB/GYN
     Including but not limited to:
     Murdoch, MD, Tammy
     Sadler, MD, Randall Kent
     Womack, MD, Robin
502 Madison Oak Dr., #240
San Antonio, TX 78233

(210) 653-5501
*Gynecologist / OB/GYN*

Partners in Primary Care f/k/a Alamo City Medical Group
2235 Thousand Oaks Dr., Ste. 117
San Antonio, TX 78232
(210) 490-1000
*Identified by Defendant*

Perinatal Fertility Specialists of San Antonio, PA
      Including but not limited to:
      McFarland, MD, Melinda
502 Madison Oak Dr., Ste. 210
San Antonio, TX 78258
(210) 481-3000
*Gynecologist / OB/GYN*

Scheuerman, Tyler
Scheuerman Law Firm, PLLC
322 West Woodlawn Ave.
San Antonio, TX 78212
(210) 735-2233
*Will testify on reasonable and necessary attorney's fees*

Theis, Jr., M.D., Vernon
502 Madison Oak Dr., Suite 240
San Antonio, TX 78258
*Identified by Defendant*

University Physicians Group
      Including but not limited to:
      Leytham, MD, Thomas Joseph
75 University Blvd. S
VCOM 6000
Mobile, AL 36688
*Identified by Defendant*

The custodians of records for any and all individuals or entities identified herein.

All witnesses identified by Defendants.

Respectfully submitted,

By:_____
    S. Tyler Scheuerman
    State Bar No. 00791610

**SCHEUERMAN LAW FIRM, PLLC**
322 West Woodlawn Ave.
San Antonio, Texas 78212
(210) 735-2233
(210) 735-2235 – facsimile
tyler@sch-lawfirm.com

**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

    Pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the forgoing document was delivered to the following parties on March 10, 2016:

Andrew Whitaker
Figari + Davenport, LLP
901 Main Street, Suite 3400
Dallas, TX 75202-3776

_____
Tyler Scheuerman