IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT O. GONZALEZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 5:15-cv-00798-OLG |
| | § | |
| MASSACHUSETTS MUTUAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF JOHN J. SURMIK

1.      My name is John J. Surmik. I am currently employed as a Life Claim Consultant for Massachusetts Mutual Life Insurance Company ("MassMutual"), which is the defendant in this action. By virtue of my employment with MassMutual, I have personal knowledge of the facts stated in this Declaration, and they are all true and correct.

2.      Attached hereto as Exhibit A are true, correct, and authentic copies of excerpts from MassMutual's Contact History-Account Activity notes pertaining to Renewable Term Life Insurance Policy no. 23806612 (the "Policy"), which was issued on the life of Faleana Gonzalez (the "Proposed Insured").

3.      Attached hereto as Exhibit B is a true, correct, and authentic copy of the email dated May 18, 2015 (with selected enclosures) from Christina Tuell of ICS Merrill to me regarding the records of Paul Falcon, D.D.S. pertaining to the Proposed Insured.

4.      Attached hereto as Exhibit C is a true, correct, and authentic copy of the email dated May 22, 2015 (with selected enclosures) from Jessie McFayden of ICS Merrill to me regarding the records of Connally Memorial Medical Center pertaining to the Proposed Insured.

5.      Attached hereto as Exhibit D is a true, correct, and authentic copy of the email dated May 29, 2015 (with selected enclosures) from Christina Tuell of ICS Merrill to me regarding the records of Dennis Krueger, PA-C pertaining to the Proposed Insured.

6.      Attached hereto as Exhibit E is a true, correct, and authentic copy of the Underwriting Recommendation Memo dated July 16, 2015 from Robyn Wallner to me regarding the Policy.

7.      Exhibit E was made at or near the time, or from information transmitted by, a person with knowledge of the information contained therein, was kept in the course of MassMutual's regularly conducted business activity, and was made as part of MassMutual's regular practice of its business activity.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 20 day of April, 2016.

_____
John J. Surmik

## Contact History - Account Activity [?]

**Account Activity**

*Records 11 Through 20 of 21 Records Found*

| << Go to top | < Previous 10 Records | Last Record > |
| --- | --- | --- |

| Policy Number | BGC | Insured Name | | Event | | |
| --- | --- | --- | --- | --- | --- | --- |
| 23806612 (VNTG1) | | FALEANA GONZALEZ | | LCONTHOLD | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |
| ☐ | Completed | 5/6/2015 | 6/11/2015 | Phone | Low | John Surmik | $0.00 |
| Requestor | | | | Req Phone Number | Req Agy | State | NIGO |
| None | | | | Not Available | | | |
| Comment | | | | | | | |

| Policy Number | BGC | Insured Name | | Event | | |
| --- | --- | --- | --- | --- | --- | --- |
| 23806612 (VNTG1) | | FALEANA GONZALEZ | | CONTPROOFS 🗎 | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |
| ☐ | Completed | 4/20/2015 | 5/6/2015 | Mail | Urgent | John Surmik | $0.00 |
| Requestor | | | | Req Phone Number | Req Agy | State | NIGO |
| Other | | | | Not Available | | | |
| Comment | | | | | | | |
| Deceased Name=FALEANA GONZALEZ, Deceased Birthdate=1970█████, Date of death=20150301 | | | | | | | |
| Tracey Glaze (mm25225), 4/20/2015 2:16:10 PM ET:  docs will be inter-officed to examiner | | | | | | | |

| Policy Number | BGC | Insured Name | | Event | | |
| --- | --- | --- | --- | --- | --- | --- |
| 23806612 (VNTG1) | | FALEANA GONZALEZ | | LCONTHOLD | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |
| ☐ | Completed | 3/9/2015 | 5/5/2015 | Phone | Low | John Surmik | $0.00 |
| Requestor | | | | Req Phone Number | Req Agy | State | NIGO |
| None | | | | Not Available | | | |
| Comment | | | | | | | |

| Policy Number | BGC | Insured Name | | Event | | |
| --- | --- | --- | --- | --- | --- | --- |
| 23806612 (VNTG1) | | FALEANA GONZALEZ | | CONTESTABLE | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |
| ☐ | Completed | 3/2/2015 | 3/9/2015 | Internet | High | John Surmik | $0.00 |
| Requestor | | | | Req Phone Number | Req Agy | State | NIGO |
| Tanya Day (Agent Staff Assist) | | | | Not Available | | | |
| Comment | | | | | | | |
| 3/2/2015 10:38 AM | | | | | | | |

EXHIBIT ___A___

```
Contract types involved:  Life
All policy numbers found (including PALM):  23806612
Is this claim for an insured listed on a policy rider?:  No
All policy numbers with LTC Access Rider:
Insured/deceased name:  FALEANA L GONZALEZ
Caller relationship to deceased:  Agent Assist
Does agent want to opt-in?:  Yes
Agent email address:  tanyadaye@financialguide.com
Insured/deceased date of birth: ████1970
Insured/deceased social security number: ████-9807
Exact date of death:  2/28/2015
Insured/deceased cause of death:  unknown
Was the deceased married?:  Yes
Is the spouse of deceased still living?:  Yes
Are you aware if the deceased was ever divorced?:  No
Recipient of forms:  Agent
Recipient mailing address (always required):  70 NE LOOP 410 STE 730
SAN ANTONIO, TX  78216-5843
Send claim forms via:  Email
Email address:  tanyadaye@financialguide.com

MFournier
```

| Policy Number | Insured Name | | Event | | | | |
|---|---|---|---|---|---|---|---|
| 23806612 (VNTG1) | FALEANA GONZALEZ | | CONT2ND | | | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |
| ☐ | Completed | 3/9/2015 | 3/9/2015 | Mail | High | Beth Beebe | $0.00 |
| Requestor | | | Req Phone Number | Req Agy | State | NIGO | |
| Owner/Investor | | | Not Available | | | | |
| Comment | | | | | | | |
| 1 | | | | | | | |

| Policy Number | Insured Name | | Event | | | | |
|---|---|---|---|---|---|---|---|
| 23806612 (VNTG1) | FALEANA GONZALEZ | | Set-Up Day 2 | | | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |
| ☐ | Completed | 3/3/2015 | 3/4/2015 | Mail | Normal | Denise Lindo | $0.00 |
| Requestor | | | Req Phone Number | Req Agy | State | NIGO | |
| None | | | Not Available | | | | |
| Comment | | | | | | | |

```
3/3/2015 4:18 PM
23806612
Exact date of death:  2/28/2015

Denise Lindo


Denise Lindo (mm21635), 3/4/2015 9:33:59 AM ET:
policy incurred and pended dead.  claim number:  15-01880.  policy contestable.  It has
been tagged in VMQ.  requested reinsurance amounts be sent to Diane Matras.
```

| Policy Number | Insured Name | | Event | | | | |
|---|---|---|---|---|---|---|---|
| 23806612 (VNTG1) | FALEANA GONZALEZ | | Formrcvd | | | | |
| Select | Status | Received | Completed | Source | Priority | Resource | Amount |

MM 0943

**Surmik, John**

From:            Christina Tuell <ctuell@icsmerrill.com>
Sent:            Monday, May 18, 2015 3:44 PM
To:              Surmik, John
Subject:         Gonzalez, Faleana, 23806612
Attachments:     201505181326.pdf; 201505661.doc

John,
    Please see the latest report and attachment on the above listed case attached.
                            Thanks, Christina

**Christina Tuell**
SAM Administrative Asst.
ICS Merrill
EMSI Investigative Services Division
9485 Regency Square Blvd, Suite 400
Jacksonville, FL 32225

P: 888.932.7364
D: 904.562.1541
F: 800.894.5228
ctuell@icsmerrill.com

*Informed decisions. Improving lives.*

CONFIDENTIALITY NOTICE: The information in this e-mail message and any attachment is intended solely for the party to whom it is addressed. This information is privileged, confidential, and protected from disclosure and should not be disseminated, distributed, or copied. If you are not the intended recipient and have received this communication in error, please notify the sender by e-mail and destroy all copies of this communication. Thank you.

1

EXHIBIT _B_



## CONFIDENTIAL INVESTIGATIVE REPORT
### Monday, May 18, 2015

| John Surmik | YOUR FILE NO. | 23806612 |
| Mass Mutual Financial Group | OTHER FILE NO. | Not Provided |
| (Life Claims) | OUR FILE NO. | 201505-661 |
| 1295 State Street | INSURED | Not Provided |
| F205 | SUBJECT/CLAIMANT | Faleana L Gonzalez |
| Springfield, MA 01111 | SSN | xxx-xx-9807 |
|  | DATE OF BIRTH | ██1970 |
|  | ASSIGNMENT OPEN | 5/6/2015 |
| TYPE OF CLAIM | Death Claim | |
| TYPE OF INJURY | unknown natural causes | |
| DATE OF INJURY/DEATH | 3/1/2015 | |
| INVESTIGATOR | Bob Heaney | |
| DATES OF INVESTIGATION | 5/18/2015 | |

| STATUS OF REPORT | PARTIAL |
| DATE OF NEXT REPORT | 6/1/2015 |

### INVESTIGATIVE SUMMARY

| SOURCE | STATUS | REFERENCE |
|---|---|---|
| Humana | Pending | |
| Cliff Koehler, DC | Pending | |
| Tammy Murdock, MD | Pending | |
| Dennis Krueger, LPT | Pending | |
| Paul Falcon, DDS | Complete | Enclosed |
| Gary Diekhoff, PT | Complete | Report of 5/14/2015 |
| Connally Memorial Hospital | Pending | |
| North Central Baptist Hospital | Pending | |

MM 0902

App. 265

SOURCES

### CLAIMS HISTORY

**HUMANA**
**PO BOX 14635**
**LEXINGTON, KY 40512**
**800-833-6917**
**5/8/2015**

After contacting several departments, it was confirmed that the insured had individual coverage. Assistance was obtained from Brittany in individual claims and she said she would print and mail claims history, estimating it would take 7-14 business days.

### MEDICAL

**CLIFF R. KOEHLER, DC**
**4040 SW MILITARY TRAIL**
**SAN ANTONIO, TX 78211**
**210-923-3861**
**5/8/2015**

Dr. Koehler confirmed the insured was seen in his practice between 2006 and 2014. This would include visits with Dr. Tanya Flores, the other chiropractor in his office. The office is in the process of being renovated, so it may take a week or two to provide records. A request was submitted and follow up will be made.

**TAMMY MURDOCK, MD**
**NORTHEAST OB/GYN**
**8715 VILLAGE DRIVE**
**SAN ANTONIO, TX 78217**
**210-650-9978**
**5/11/2015**

This group no longer has the office where Dr. Murdock practiced, but a check of records confirmed they do have records between 2009 and 2015. A request was faxed; there is no estimated completion date.

**DENNIS KRUEGER, LPT**
**ALAMO CITY MEDICAL GROUP**
**2235 THOUSAND OAKS DRIVE**
**SAN ANTONIO, TX 78232**
**210-490-1000**
**5/11/2015**

It was learned that the group changed last year and Dennis Krueger is no longer with them. They do have the insured's records and a request has been submitted. There is no estimated turnaround time.

NAME: Faleana L Gonzalez                                              PAGE: 3

**PAUL FALCON, DDS**
**1926 PLEASONTON ROAD**
**SAN ANTONIO, TX 78221**
**210-924-1811**
**5/18/2015**

Records have been received; see **ATTACHMENT A.**

**CONNALLY MEMORIAL HOSPITAL**
**499 10th STREET**
**FLORESVILLE, TX 78114**
**830-393-1300**
**5/11/2-15**

Medical records have been requested.  No estimated completion date is available.

**NORTH CENTRAL BAPTIST HOSPITAL**
**C/O BAPTIST HEALTH SYSTEM**
**3333 RESEARCH PLAZA**
**SAN ANTONIO, TX 78235**
**210-297-4000**
**5/11/2015**

Baptist Health System's locations use Healthport through a central medical records facility.  A request
has been submitted; no anticipated completion date is available.

MM 0904

App. 267

**MEDICAL HISTORY**

Patient Name: Fabiana Black Gonzalez

Patient Account No. _____  Medical Alert: _____

1. Have you been under the care of a medical doctor during the past two years? .......... Yes (No)
   If yes, for what? _____
   Physician's Name: Dr/... _____ Phone: _____
   Address: _____ City: _____ State: _____ Zip: _____ (No)

2. Have you taken any medication or drugs during the past two years? .......... (No)

3. Are you taking any medication, drugs, or pills now, including regular doses of aspirin? .......... (No)
   If yes, please list name and dosage: _____
   Have you ever taken prescription medicals for weight loss (diet pills)? .......... (No)
   If yes, do you take any of the following:
   Yes   No   Fen-Phen (Fenfluramine-Phentermine)
   Yes   No   Pondimen (Fenfluramine)
   Yes   No   Redux (Dexfenfluramine)
   If yes to any of the above, did you have a medical exam for heart issues? .......... Yes No

4. Are you aware of having an allergic (or adverse) reaction to any medication or substance? .......... Yes (No)
   If yes, please list: _____

5. Have you been a patient in the hospital during the past five years? .......... (Yes) No

7. Indicate which of the following you have had or have present. Circle "yes" or "no" for each item:

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Heart (Surgery, Disease, Attack) | Yes | No | Ulcers | Yes | No | Hepatitis A (infectious) B (serum) | Yes | No |
| Chest Pain | Yes | No | Diabetes | Yes | No | Venereal Disease | Yes | No |
| Congenital Heart Disease | Yes | No | Thyroid Problems | Yes | No | A.I.D.S. | Yes | No |
| Heart Murmur | Yes | No | Glaucoma | Yes | No | H.I.V. Positive | Yes | No |
| High Blood Pressure | Yes | No | Contact Lenses | (Yes) | No | Cold Sores/Fever Blisters | Yes | No |
| Mitral Valve Prolapse | Yes | No | Emphysema | Yes | No | Blood Transfusion | Yes | No |
| Artificial Heart Valve | Yes | No | Chronic Cough | Yes | No | Hemophilia | Yes | No |
| Heart Pacemaker | Yes | No | Tuberculosis | Yes | No | Sickle Cell Disease | Yes | No |
| Rheumatic Fever | Yes | No | Asthma | Yes | No | Bruise Easily | Yes | No |
| Arthritis/Rheumatism | Yes | No | Hay Fever | Yes | No | Liver Disease | Yes | No |
| Swollen Ankles | Yes | No | Latex Sensitivity | Yes | No | Kidney/Bladder | Yes | No |
| Stroke | Yes | No | Allergies or Hives | Yes | No | Neurological Disorders | Yes | No |
| Diet (special/restricted) | Yes | No | Sinus Trouble | Yes | No | Epilepsy or Seizures | (Yes) | No |
| Artificial Joints (hip, knee, etc.) | Yes | No | Radiation Therapy | Yes | No | Fainting or Dizzy Spells | Yes | No |
| Kidney Trouble | Yes | No | Chemotherapy | Yes | No | Nervous/Anxious | Yes | No |
| | | | Tumors | Yes | No | Psychiatric/Psychological Care | Yes | No |

8. Do you use more than two pillows to sleep? .......... (No)

9. Have you lost or gained more than 10 pounds in the last year? .......... (No)

10. Do you have or have you had any diseases, conditions or problems not listed? .......... (No)
    If yes, please list: _____

11. Women: Are you: Pregnant? Yes No  Months __ (No)  Nursing? Yes No  Taking birth control pills? Yes (No)

I understand the above information is necessary to provide me with dental care in a safe and efficient manner. I have answered all questions to the best of my knowledge. Should further information be needed, you have my permission to ask the respective health care provider or agency, who may release such information to you. I will notify the doctor of change in my health or medication.

Patient/Guardian Signature: _____  Date: 6/18/__

History Review: _____

Dentist Signature: _____  Date: _____

MM 0908

Patient Name: **Falana**

Patient Account No:                              Medical Alert:

1. Have you been under the care of a medical doctor during the past two years? .................................................. (Yes) No
   If yes, for what? **Pregnancy**
   Physician's Name **Tiffany L. Murdock**                    Phone **210-653-550**
   Address **602 Madison Oak**      City **San Antonio**      State **Tx**   Zip **38-258**
2. Have you taken any medication or drugs during the past two years? .............................................................. Yes (No)
3. Are you taking any medication, drugs, or pills now, including regular doses of aspirin? .................................. Yes (No)
   If yes, please list name and dosage:
4. Have you ever taken prescription medicine for weight loss (diet pills)? .......................................................... Yes (No)
   If yes, did you take any of the following:     Yes ___ No ___  Fen-Phen (Fenfluramine-Phentermine)
                                                  Yes ___ No ___  Pondimin (Fenfluramine)
                                                  Yes ___ No ___  Redux (Dexfenfluramine)
   If yes to any of the above, did you have a medical exam for heart issues? ....................................................... Yes (No)
5. Are you aware of having an allergic (or adverse) reaction to any medication or substance? ............................ Yes (No)
   If yes, please list:
6. Have you been a patient in the hospital during the past five years? .............................................................. Yes (No)
7. Indicate which of the following you have had, or have at present: Circle "yes" or "no" to each item

| | | | | | | |
|---|---|---|---|---|---|---|
| Heart (Surgery/Disease, Attach) | Yes No | Ulcers | Yes No | Hepatitis A (infectious) B (serum) | Yes No |
| Chest Pain | Yes (No) | Diabetes | Yes No | Venereal Disease | Yes No |
| Congenital Heart Disease | Yes No | Thyroid Problems | Yes No | A.I.D.S. | Yes No |
| Heart Murmur | Yes No | Glaucoma | Yes No | H.I.V. Positive | Yes No |
| High Blood Pressure | Yes No | Contact Lenses | Yes No | Cold Sores/Fever Blisters | Yes No |
| Mitral Valve Prolapse | Yes No | Emphysema | Yes No | Blood Transfusion | Yes No |
| Artificial Heart Valve | Yes No | Chronic Cough | Yes No | Hemophilia | Yes No |
| Heart Pacemaker | Yes No | Tuberculosis | Yes No | Sickle Cell Disease | Yes No |
| Rheumatic Fever | Yes No | Asthma | Yes No | Stroke Family | Yes No |
| Arthritis/Rheumatism | Yes No | Hay Fever | Yes No | Liver Disease | Yes No |
| Cortisone Medicine | Yes No | Latex Sensitivity | Yes No | Yellow Jaundice | Yes No |
| Swollen Ankles | Yes No | Allergies or Hives | Yes No | Neurological Disorders | Yes No |
| Stroke | Yes No | Sinus Trouble | Yes No | Epilepsy or Seizures | Yes No |
| Diet (special/Restricted) | Yes No | Radiation Therapy | Yes No | Fainting or Dizzy Spells | Yes No |
| Artificial Joints (hip, knee, etc) | Yes No | Chemotherapy | Yes No | Nervous/Anxious | Yes No |
| Kidney Trouble | Yes No | Tumors | Yes No | Psychiatric/Psychological Care | Yes No |

8. Do you use more than two pillows to sleep? ............................................................................................ Yes (No)
9. Have you lost or gained more than 10 pounds in the past year? ................................................................. Yes No
10. Do you have or have you had any disease, condition, or problem not listed? ............................................. Yes (No)
    If yes, please list:
11. Women: Are you:  Pregnant? (Yes) No   Months (No)   Nursing? Yes No   Taking birth control pills? Yes (No)

I understand that the above information is necessary to provide me with dental care in a safe and efficient manner. I have answered all questions to the best of my knowledge. Should further information be needed, you have my permission to ask the respective health care provider or agency, who may release such information to you. I will notify the doctor of changes in my health or medication.

Patient/Guardian Signature: _____     Date: **3/22/11**

History Review:

Dentist Signature: _____     Date: _____

MM 0910

| | |
|---|---|
| **From:** | Jessie McFayden <jMcFayden@icsmerrill.com> |
| **Sent:** | Friday, May 22, 2015 3:28 PM |
| **To:** | Surmik, John |
| **Subject:** | Gonzalez, Faleana, 23806612 |
| **Attachments:** | 201505661.doc; Gonzalez-Connally.pdf |

Dear John Surmik,

Please find attached report and enclosure.

If you have any questions please contact the case manager that handles your file.

Have a great day,

**Jessie Mcfayden**
*Production Support Specialist - Invoicing*
ICS Merrill
EMSI Investigative Services Division
P: 888.932.7364 (Toll Free)
F: 888.746.7755
jperry@icsmerrill.com
assignments@icsmerrill.com
icsmerrill.com

CONFIDENTIALITY NOTICE: The Information in this e-mail message and any attachment is intended solely for the party to whom it is addressed. This information is privileged, confidential, and protected from disclosure and should not be disseminated, distributed, or copied. If you are not the intended recipient and have received this communication in error, please notify the sender by e-mail and destroy all copies of this communication. Thank you.

*As of February 17th, 2014, ICS Merrill has gone paperless. All reports, videos and other media will be sent to customers electronically. To continue receiving paper copies of any reports or investigation results, please contact your local sales representative or email us at info@icsmerrill.com.*

EXHIBIT _C_

MM 0827



## CONFIDENTIAL INVESTIGATIVE REPORT
**Friday, May 22, 2015**

| John Surmik | YOUR FILE NO. | 23806812 |
|---|---|---|
| Mass Mutual Financial Group (Life Claims) | OTHER FILE NO. | Not Provided |
| | OUR FILE NO. | 201505-661.1 |
| 1295 State Street | INSURED | Not Provided |
| F205 | SUBJECT/CLAIMANT | Faleana L Gonzalez |
| Springfield, MA 01111 | SSN | xxx-xx-9807 |
| | DATE OF BIRTH | ▮▮▮1970 |
| | ASSIGNMENT OPEN | 5/6/2015 |
| TYPE OF CLAIM | | Death Claim |
| TYPE OF INJURY | | unknown natural causes |
| DATE OF INJURY/DEATH | | 3/1/2015 |
| INVESTIGATOR | | Bob Heaney |
| DATES OF INVESTIGATION | | 5/20/2015-5/22/2015 |

| STATUS OF REPORT | PARTIAL |
|---|---|
| DATE OF NEXT REPORT | 6/5/2015 |

### INVESTIGATIVE SUMMARY

| SOURCE | STATUS | REFERENCE |
|---|---|---|
| Humana | Complete | Report of 5/19/2015 |
| Cliff Koehler, DC | Pending | |
| Tammy Murdock, MD | Pending | |
| Dennis Krueger, LPT | Pending | |
| Paul Falcon, DDS | Complete | Report of 5/18/2015 |
| Gary Diekhoff, PT | Complete | Report of 5/14/2015 |
| Connally Memorial Hospital | Complete | Enclosed – Medical Records |
| North Central Baptist Hospital | Pending | |

### SOURCES

ICS Merrill

9485 Regency Square Blvd. · Suite 400 · Jacksonville, FL 32225
886.932.7364 · Fax 888.746.7755

MM 0828

## MEDICAL

**CLIFF R. KOEHLER, DC**
**4040 SW MILITARY TRAIL**
**SAN ANTONIO, TX 78211**
**210-923-3861**
**5/21/2015**

Wendy, who handles records for Dr. Koehler, has been out of the office and is slowly catching up with requests.  On 5/21/2015 she confirmed that she had the request and hoped to respond within the next week.

**TAMMY MURDOCK, MD**
**NORTHEAST OB/GYN**
**8715 VILLAGE DRIVE**
**SAN ANTONIO, TX 78217**
**210-650-9978**
**5/21/2015, 5/22/2015**

Sara in Medical Records stated that the release of records will need approval, as Dr. Murdock and the location she practiced at are no longer part of the group.  She will call for prepayment as soon as she receives approval to release records.

**DENNIS KRUEGER, PA-C**
**ALAMO CITY MEDICAL GROUP**
**C/O PARTNERS IN PRIMARY CARE**
**2235 THOUSAND OAKS DRIVE**
**SAN ANTONIO, TX 78232**
**210-490-1000**
**5/21/2015, 5/22/2015**

The medical records are now under the control of Partners in Primay Care and they use Healthport for copy services.  It was necessary to fax a new request, to be handled by Healthport.  There is no estimated turnaround time.

**CONNALLY MEMORIAL HOSPITAL**
**499 10th STREET**
**FLORESVILLE, TX 78114**
**830-393-1300**
**5/21/2015**

Medical records have been obtained; see **ATTACHMENT A.**

**NORTH CENTRAL BAPTIST HOSPITAL**

NAME: Faleana L Gonzalez                                                    PAGE: 3


**C/O BAPTIST HEALTH SYSTEM**
**3333 RESEARCH PLAZA**
**SAN ANTONIO, TX 78235**
**210-297-4000**
**5/21/2015**

Baptist Health System's locations use Healthport through a central medical records facility. The request
is pending; no anticipated completion date is available.

MM 0830

App. 273

## LA VERNIA VOLUNTEER AMBULANCE SERVICE INC
### AMBULANCE ACTIVITY REPORT
TDH FIRM #247005

VOC000022860  001318843
03/01/15
GONZALEZ, FALEANA L
12/02/1970          44 F

| Date 3-1-15 | Transport Type 1. Emergency 2. Patient Release | Incident # 3-1-15 | Unit # 11 |
|---|---|---|---|

| Received | Dispatched 08:34 | Enroute 07:40 | Arrived Scene 07:45 | Departed Scene | Arrived Dest. | Return to Service | Requested by M F | Level 1, 2, 3 |
|---|---|---|---|---|---|---|---|---|

Location of Call

Address: 124 Legacy Dr Run

Hospital / Patient del. to: Canal Hospital

Patient's Name: Gonzalez, Faleana Lynn    Age 44  Sex: M  F  DOB -70

| Eye Opening | Motor Response | Verbal Response | Glasgow 5 Revised |
|---|---|---|---|

SNN

Address: 124 Legacy Run DR

DL#          State: TX
City: La Vernia
Zip Code: 78121    Phone:

Medicare #
Next of kin

Payment Source     Insurance Name:
ID #                    Group #

Glucose Reading

| Glasgow | Respiratory rate | Systolic B.P. |
|---|---|---|

Suspected Illness/Symptoms
1 - Heart Complication
2 - Full Cardiac Arrest
3 - Stroke/ CVA(Cerebrovascular)
4 - Infectious Disease
5 - Convulsions/Seizures
6 - Fainting
7 - Diabetic
8 - High Risk Infant (Neonatal)
9 - Obstetrical/Gynecological
10 - Respiratory Distress
11 - Emotional/Mental Distress
12 - Gastrointestinal
13 - Allergic Reaction
14 - Other Alt. Fever

Injury Type
1 - Burn
2 - Fracture/Dislocation
3 - Laceration/Penetration
4 - Internal
5 - Drowning/Suffocation/Choking
6 - Drug Overdose
7 - Acute Alcohol Intox.
8 - Sprain, Strain
9 - Scrape, Bruise, Cut
10 - Sprain/Strain
11 - Amputation

Place of Occurence
1 - Home
2 - Farm
3 - Mine/Quarry
4 - Industrial place
5 - Recreational
6 - Street or Highway
7 - Public Building
8 - Residential Institution
9 - Other specified place
10 - Unspecified place

Motor Vehicle Crash Info
# of Vehicles
Vehicle • Tree    Yes  No
Vehicle • Rollover  Yes  No
Vehicle • Vehicle  Yes  No
Number in Vehicle
Ejected    Yes  No
Vehicle Extraction

Preventive Aid
1 - None
2 - Seat/Belt/Shoulder Harn
3 - Airbag & Belt
4 - Air Bag only
5 - Child Restraints
6 - Protective Helmet
7 - Padding/Protective Clothes
8 - Harness
9 - Roll Bar
10 - Roll Cage

| PATIENT REQUIRED THE FOLLOWING EMERGENCY TREATMENT | OB/Delivery | Bleeding Control | Fall Injury |
|---|---|---|---|
| Cardiac Monitoring  Defib  HR  IV Therapy  Immobilization/Splinting | | | From ___ Feet |
| Nebulizer 3mLX  Intubation  Glucose meter  Oxygen Via  CPR | | | |

| B/P | P | R | RHYTHM | S.Os |
|---|---|---|---|---|
| / | | | | |
| / | | | | |

MEDICAL HISTORY/Allergies: NKDA
Alzheimers  Drug Abuse  HIV  Asthma
Diabetes  Liver Failure  CVA/Paralysis  Cancer
Fracture  AIDS  Cardiac  Gangrene
Pneumonia  Rheumatoid Arthritis
Contractures  Hepatitis A,B,C  Seizures  Other

| TIME | IV MED | DOSE | GUAGE | BY |
|---|---|---|---|---|
| | | | | |

MEDS: EMS - Auto Inject Pen - Adult or Jr - Nitro x ___ dose  Asprin

| COMMENTS | EMS ASSESSMENT 1ST  2ND |  | 1ST  2ND |
|---|---|---|---|

Comments:
911 for a Seizure pt
911 for a Pt that hit head
+ CPR in progress

Head: Pupils 5- Nonreactive   Pelvis:
Neck: Hematoma Nose          Back:
Chest:                        ExtRT-LT arm
ADD:                          ExtRT-LT leg

### RELEASE OF INFORMATION AUTHORIZATION
I authorize the release of any medical information/records necessary to and I also authorize payment of benefits to be paid directly to the LVVAS. The remaining balance will be my responsibility. I have been notified of the LVVAS Privacy Practice and have received information on it. Patient authorized medical treatment.

Driver: R. RVL    Level B
Attendant: S. RVL  Level B
Attendant: T. Brunner  Level B

Transport refused
1 - Yes  2 - No

Patient signature

MM 0842

App. 274

**Narrative Report**

Patient:                    Date:   3−1−15.

911 for Seizures

EMS on Scene with a 1° BD y/o/F, husband meet EMS at door and said she was 80 y/o that his son found her on the floor and they picked her up and put her in bed, Lying on her back. Husband said she has seizures some times, when she's upset (no medication taken) and when he came home from getting tacos he started CPR until we drove up. EMS found a Female with blown pupils, fixed and none reactive, no pulse, no breathing, body still warm and Lividity on Butt side and a hematoma on forehead and on Nose. EMS placed Cardic Monitor Defib Pads on her + pulse OX and 3−Leads on, EMS Tryed 3−Times shocks and had no response from heart, EMS explained to husband our findings and he said to continue trying and Take her to Hospital, transferred Pt to backboard Pad to Stretcher and Then VC.C.S.D−Female walked up, she asked what up, I−SR Told her we had a 80−F she had a unwitnessed Seizure, Son found her on Floor, Pt has hematoma to for head and nose, Husband started CPR and he wants us to Transpt her out meets Office ask mr did it means she deceased, but Husband wants us to work her and Take her to Hospital, VCSD said she thinks we Need to Call D.P and This Paul Buenner EMT Said to Officer, no we are working her per Husband request, Renie Rue EMT said that the officer is persecuting us to Leave at this time Then with in Q−min, office was moving Car and No one was, and EMS Transported Pt Doing CPR and had Just placed Intubation Tub and Secured, respiration SVM − in Route, NO Change in Pt Condition, Transported to Conally Hospital.

(Supplies used on all calls)

I have been informed of the risk of not seeking medical treatment regarding my situation. Being informed of such risk I have refused treatment by the LVVAS to transport me to a medical hospital.

Signature: _____ Time: _____ am pm
Patient and/or Responsible Party refused to sign this refusal statement. Date: _____/_____/_____
                   Time: _____ am pm
Signature of Attendant making offer: _____ Witness: _____

**CONNALLY MEMORIAL MEDICAL CENTER**

Patient Name: _____

Date: _____

## CT & IVP Patient Questionnaire

| | |
|---|---|
| 1. Do you have heart disease? | Yes or (No) |
| 2. Do you have renal or kidney disease? | Yes or (No) |
|     If yes, current BUN/creatinine (within 30 days) is required! | |
| 3. Do you have multiple myeloma? | Yes or (No) |
|     If yes, NO CONTRAST w/o nephrologist written authorization! | |
| 4. Do you have seizures? | (Yes) or No |
| 5. Do you have pheochromocytoma (tumor in adrenal glands)? | Yes or (No) |
| 6. Do you have asthma? | Yes or (No) |
| 7. Do you have diabetes | Yes or (No) |
| 8. Are you allergic to latex products? | Yes or (No) |
| 9. Are you allergic to any type(s) of food? | Yes or (No) |
|     If you have food allergies, what types of food? | |

Ø

10. Are you allergic to any medications?            Yes or (No)
    If you are allergic to medication(s), which type?

Ø

11. If you routinely take over-the-counter medications, please list.

_Vitamins_

12. If you currently take prescribed medications, please list.

Ø

13. Have you ever had X-Ray dye or contrast injected?       (Yes) or No
14. If you have had X-Ray dye, did you have a reaction?       Yes or (No)
    If YES, what type of reaction did you have?
- ☐ Anaphylaxis
- ☐ Fever
- ☐ Hives
- ☐ Nausea
- ☐ Rash
- ☐ Rash and Fever

15. Did you eat or drink anything today?           Yes or (No)
    If you ate or drank anything today, what and what time?

FEMALES: Is there a possibility that you could be pregnant?     Yes or (No)
FEMALES: What was the date of your last menstrual period?         n/a

Patient/Guardian Signature: _Mrs. Anne Gonzaly_    Date: _____
Questionnaire reviewed with Patient by: _____    Date: _10/30/13_

Form #: DI.CTIVP
Rev. Date: 09/09
Page: 1 of 1

CT IVP Patient
Questionnaire

*DI.CTIVP*

V00000165332       M001318543

GONZALEZ, PALEANA L

1970   42Y      F

**Surmik, John**

| | |
|---|---|
| **From:** | Christina Tuell <ctuell@icsmerrill.com> |
| **Sent:** | Friday, May 29, 2015 7:58 AM |
| **To:** | Surmik, John |
| **Subject:** | Gonzalez, Faleana, 23806612 |
| **Attachments:** | Gonzalez-KruegerConcentra.pdf; 201505661.doc |

John,
    Please see the latest report and attachment on the above listed case attached.
                                 Thanks, Christina .

**Christina Tuell**
SAM Administrative Asst.
ICS Merrill
EMSI Investigative Services Division
9485 Regency Square Blvd, Suite 400
Jacksonville, FL 32225

P: 888.932.7364
D: 904.562.1541
F: 800.894.5228
ctuell@icsmerrill.com

*Informed decisions. Improving lives.*

CONFIDENTIALITY NOTICE: The information in this e-mail message and any attachment is intended solely for the party to whom it is addressed. This information is privileged, confidential, and protected from disclosure and should not be disseminated, distributed, or copied. If you are not the intended recipient and have received this communication in error, please notify the sender by e-mail and destroy all copies of this communication. Thank you.

1

EXHIBIT _D_



## CONFIDENTIAL INVESTIGATIVE REPORT
### Tuesday, May 26, 2015

| | | |
|---|---|---|
| John Surmik | YOUR FILE NO. | 23806612 |
| Mass Mutual Financial Group | OTHER FILE NO. | Not Provided |
| (Life Claims) | OUR FILE NO. | 201505-661 |
| 1295 State Street | INSURED | Not Provided |
| F205 | SUBJECT/CLAIMANT | Faleana L Gonzalez |
| Springfield, MA 01111 | SSN | xxx-xx-9807 |
| | DATE OF BIRTH | ▇ 1970 |
| | ASSIGNMENT OPEN | 5/6/2015 |
| TYPE OF CLAIM | | Death Claim |
| TYPE OF INJURY | | unknown natural causes |
| DATE OF INJURY/DEATH | | 3/1/2015 |
| INVESTIGATOR | | Bob Heaney |
| DATES OF INVESTIGATION | | 5/26/2015 |

| | |
|---|---|
| STATUS OF REPORT | PARTIAL |
| DATE OF NEXT REPORT | 6/8/2015 |

### INVESTIGATIVE SUMMARY

| SOURCE | STATUS | REFERENCE |
|---|---|---|
| Humana | Complete | Report of 5/19/2015 |
| Cliff Koehler, DC | Pending | |
| Tammy Murdock, MD | Complete | Report of 5/23/2015 |
| Dennis Krueger, PA-C | Complete | Enclosed |
| Paul Falcon, DDS | Complete | Report of 5/18/2015 |
| Gary Diekhoff, PT | Complete | Report of 5/14/2015 |
| Connally Memorial Hospital | Complete | Report of 5/22/2015 |
| North Central Baptist Hospital | Pending | |

ICS Merrill

9485 Regency Square Blvd. · Suite 400 · Jacksonville, FL 32225
888.932.7364 · Fax 888.746.7755

MM 0688

App. 278

## SOURCES

### MEDICAL

**CLIFF R. KOEHLER, DC**
**4040 SW MILITARY TRAIL**
**SAN ANTONIO, TX 78211**
**210-923-3861**
**5/21/2015**

Wendy, who handles records for Dr. Koehler, has been out of the office and is slowly catching up with requests.  On 5/21/2015 she confirmed that she had the request and hoped to respond within the next week.

**DENNIS KRUEGER, PA-C**
**ALAMO CITY MEDICAL GROUP**
**C/O PARTNERS IN PRIMARY CARE**
**2235 THOUSAND OAKS DRIVE**
**SAN ANTONIO, TX 78232**
**210-490-1000**
**5/26/2015, 5/22/2015**

Records have been obtained, see **ATTACHMENT A.**

**NORTH CENTRAL BAPTIST HOSPITAL**
**C/O BAPTIST HEALTH SYSTEM**
**3333 RESEARCH PLAZA**
**SAN ANTONIO, TX 78235**
**210-297-4000**
**5/21/2015**

Baptist Health System's locations use Healthport through a central medical records facility.  The request is pending; no anticipated completion date is available.

MM 0689

App. 279

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Faleana Gonzalez | **Visit Date:** | April 15, 2014 |
| **Patient ID:** | 472790 | **Provider:** | Beverly S. Gutierrez, MD |
| **Sex:** | Female | **Location:** | La Vernia |
| **Birthdate:** | ████ 1970 | **Location Address:** | 14114 US Hwy 87 West |
| | | | Suite 2 |
| | | | La Vernia, TX 78121-5881 |
| | | **Location Phone:** | (830) 779-5900 |

## Chief Complaint

> anticonvulsion
> Med refill

## History Of Present Illness

The patient is a 43 year old Other Race, Hispanic or Latino female who presents today for needs a med refill on a medication for anticonvulsions called tegretol 200mg. She had received RX from Dr. Fredricks in medical center area whom she last saw about 17 years ago. She would get Rx in Mexico and had a few years supply. Was Dx with mild epilepsy. Has about 2 tablets left and would Rx before starts to have the trimmers , that has been present for years. Symptoms are mild and non productive in nature and are associated with none at this time. It is aggravated by no meds and resolved with meds.

No f/u w/ neuro in a very long time.

She takes her tegretol on an inconsistent basis - No recent siezure.

?? motor tics / chorea. "abn movements" per pt

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| * Reviewed Nothing Changed | -- | 04/15/2014 - et |
| back trouble | -- | 11/08/2013 - ATT |
| Cervicothoracic strain | 11/08/2013 | -- |
| Constipation | -- | 11/08/2013 - ATT |
| Lumbar Sprain/Strain | 11/08/2013 | -- |
| Microscopic hematuria | 11/08/2013 | -- |
| Motor vehicle traffic accident involving collision with other vehicle injuring driver of motor vehicle other than motorcycle | 11/08/2013 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| * Reviewed Nothing Changed | -- | 04/15/2014 - et |
| *NO PERTINENT PAST SURGICAL HISTORY | -- | 11/08/2013 - ATT |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| hydrocodone-acetaminophen Oral tablet 5-325 mg | | take 1 tablet by oral route every 4-6 hours as needed for pain |
| ibuprofen Oral tablet 600 mg | 11/08/2013 | take 1 tablet (600 mg) by oral route every 6 hours as needed with food |
| Tegretol oral tablet 200 mg | | take 1 tablet (200 mg) by oral route every 12 hours |
| tizanidine Oral tablet 4 mg | 12/02/2013 | take 1 tablet (4 mg) by oral route every 8 hours as |

[Digital Signature Validated]

MM 0707

App. 280

needed not to exceed 3 doses in 24 hours

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| * Reviewed Nothing Changed | -- | -- | 04/15/2014 - et |
| NO KNOWN DRUG ALLERGIES | -- | -- | 12-02-13 RU |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| * Reviewed Nothing Changed | / | 04/15/14 et |
| Cancer | Grandmother (maternal)/ | breast. 11/08/2013 - ATT |
| Diabetes | / Grandfather (paternal)/ | 11/08/2013 - ATT |
| Heart Attack | / Grandfather (paternal)/ | 11/08/2013 - ATT |
| Leukemia | / Grandfather (paternal)/ | 11/08/2013 - ATT |

## Reproductive History

**Menstrual**

Age Menarche: 13          Last Menstrual Period: 09/01/2010          Method of Birth Control: IUD

**Pregnancy Summary**

| Total Pregnancies: 3 | Full Term: 0 | Premature: 0 |
|---|---|---|
| Ab Induced: 0 | Ab Spontaneous: 0 | Ectopics: 0 |
| Multiples: 0 | Living: 0 | |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Never | --/-- | -- | 04/15/2014 - et |
| Substance Use | Never | --/-- | -- | 04/15/2014 - et |
| Tobacco | Never | --/-- | -- | 04/15/2014 - et |

## Review of Systems

**Neurologic**
- Denies : muscular weakness, incoordination, difficulty concentrating, memory difficulties, speech difficulties, developmental delay, speech delay

**Musculoskeletal**
- Denies : joint pain, joint swelling, muscle pain, limitation of motion

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2014 | 03:22 PM | 110/66 | Sitting | | | | 72 - R | 18 | 97.3 | 120lbs 0oz | 5' 5" | 19.97 | 1.58 | | |

## Physical Examination

**Constitutional**
- Appearance : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- Head :
  - Inspection : atraumatic, normocephalic
- Face :

MM 0715

App. 281

- ∊ **Inspection** : no facial lesions

**Eyes**
- › **Vision** :
    - ∊ **Acuity** : visual acuity grossly normal at distance O.U., near vision grossly intact O.U.
- › **Conjunctivae** : conjunctivae normal
- › **Sclerae** : sclerae white
- › **Eyelids/Ocular Adnexae** : eyelid appearance normal

**Ears, Nose, Mouth and Throat**
- › **Ears** :
    - ∊ **External Ears** : appearance within normal limits
    - ∊ **Hearing** : intact to conversational voice both ears
- › **Nose** :
    - ∊ **External Nose** : appearance normal
- › **Oral Cavity** :
    - ⊂ **Oral Mucosa** : oral mucosa normal
    - ∊ **Lips** : lip appearance normal
    - ∊ **Teeth** : normal dentition for age

**Neck**
- › **Inspection/Palpation** : normal appearance, no masses, trachea midline
- › **Range of Motion** : range of motion within normal limits

**Respiratory**
- › **Respiratory Effort** : breathing unlabored
- › **Auscultation of Lungs** : normal breath sounds

**Cardiovascular**
- › **Heart** :
    - ∊ **Auscultation of Heart** : regular rate, normal rhythm, no murmurs present

**Lymphatic**
- › **Neck** : no lymphadenopathy present

**Skin and Subcutaneous Tissue**
- › **General Inspection** : no rashes present, no lesions present, no areas of discoloration
- › **Digits and Nails** : no clubbing, cyanosis, deformities or edema present, normal appearing nails

**Neurologic**
- › **Mental Status Examination** :
    - ∊ **Orientation** : grossly oriented
- › **Gait and Station** : normal gait, able to stand without difficulty

**Psychiatric**
- › **Judgement and Insight** : judgment intact, insight intact
- › **Mood and Affect** : mood normal, affect appropriate


## Assessment

- ) Epilepsy, unspecified / seizure disorder, NOS 345.90
- ) Encounter for other and unspecified procedures and aftercare; other specified procedures and aftercare; encounter for therapeutic drug monitoring V58.83


## Plan
**Orders**
- › Complete CBC W/Automated Differential WBC (85025) - 345.90, V58.83 - 04/22/2014
- › Comprehensive metabolic panel (80053) - 345.90, V58.83 - 04/22/2014
- › Lipid Panel (80061) - 345.90, V58.83 - 04/22/2014
- › TSH, 3RD generation (84443) - 345.90, V58.83 - 04/22/2014
- › Vitamin D, 25 Hydroxy (82306) - 345.90, V58.83 - 04/22/2014
- › Carbamazepine (Tegretol) (80156) - 345.90, V58.83 - 04/22/2014
- › *Prescription(s) generated and transmitted via a qualified eRX (G8553) - 345.90, V58.83 - 04/15/2014
- › Neurology Consultation - 345.90, V58.83 - 04/15/2014
- › Ophthalmology - 345.90, V58.83 - 04/15/2014

**Medications**
- › Tegretol oral tablet 200 mg
    SIG: take 1 tablet by oral route daily

[Page 83 of 89]                                    [Digital Signature Validated]

DISP: (30) tablet with 1 refills
**Prescribed on 04/15/2014**

**Instructions**
> Increase fluids
> Take medications as directed
> Keep scheduled F/U appointments
**Disposition**
> Call or Return if symptoms worsen or persist.
> Return Visit Request in/on 2 weeks +/- 2 days (78564).

**Electronically Signed by:** Dennis R. Krueger, PA-C –Author on April 15, 2014 04:04:01 PM

[Page 84 of 89]                    [Digial Signature Validated]

MM 0717

App. 283

**Date:** 07/16/2015

## Underwriting
## Recommendation Memo

| TO: | Robyn Wallner | Ext. 48629 | MIP: _____ |
| | *(Underwriter)* | | |
| From: | John J. Surmik, ALHC, ACS | Ext. 48895 | MIP: C420 |
| | *(Claim Examiner)* | | |

### Insured Information

**Insured's Name:** Falcana L. Gonzalez     **Date of Death:** 03/01/2015

**Policy #:** 32806612     **Date of Disability:** N/A

**Issue Date:** 01/22/2014

### Claim Synopsis

**Note:** A claim has been made during the contestable period. We conducted a routine investigation. A summary is presented below.

Insured 's cause of death per the death certificate- Non-Traumatic Seizure Disorder

Insured did not disclose - answering no to pertinent questions on the application.

### Decision

Would you have issued the policy as applied for? _____ Yes _____ ✓ _____ No    By: Robyn Wallner

**Summary of Decision:**

Due to admitted seizures by the applicant in Dr. Falcon's records in 3/11/2011, 6/11/2012, 6/26/2013, and in Connally Memorial Hospital records dated 10-30-2013, we would not have issued the policy.

EXHIBIT ___E___